# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| ROQUE ARELLANO and MARIANNE SOLORIO, <br><br> Plaintiffs, <br><br> v. <br><br> TUBE FABRICATION & COLOR, LLC and T AND B TUBE CO., INC., <br><br> Defendants. | CAUSE NO.: 2:18-CV-342-TLS-JEM |

## OPINION AND ORDER

This matter is before the Court sua sponte. The Court must continuously police its subject matter jurisdiction. *Hay v. Ind. State Bd. of Tax Comm'rs*, 312 F.3d 876, 879 (7th Cir. 2002).

The Complaint alleges that the Court's original subject matter jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332. (Compl. ¶ 4, ECF No. 1.) Diversity jurisdiction exists when the parties to an action on each side are citizens of different states, with no defendant a citizen of the same state as any plaintiff, and the amount in controversy exceeds $75,000. *See* 28 U.S.C. § 1332(a)(1). As the parties seeking to invoke this Court's jurisdiction, the Plaintiffs bear the burden of demonstrating that the jurisdictional requirements have been met. *Hertz Corp. v. Friend*, 559 U.S. 77, 96 (2010); *Smart v. Local 702 Int'l Bhd. of Elec. Workers*, 562 F.3d 798, 802–03 (7th Cir. 2009). A failure to meet that burden can result in a dismissal. *See Mut. Assignment & Indem. Co. v. Lind-Waldock & Co., LLC*, 364 F.3d 858, 861 (7th Cir. 2004). In this case, the Plaintiffs have sufficiently alleged their own citizenship, the citizenship of the Defendant T and B Tube Co., Inc., and that the amount in controversy exceeds $75,000.

However, the Complaint alleges that the Defendant Tube Fabrication & Color, LLC "is a Wisconsin Limited Liability Company, doing substantial business in the States of Wisconsin, Illinois and Indiana, whose principal place of business is located at 2601 Badger Ave, Oshkosh, WI 54904, and is a citizen of the State of Wisconsin." (Compl. ¶ 2.) This allegation of citizenship is deficient because a limited liability company is analogous to a partnership and takes the citizenship of its members. *Belleville Catering Co. v. Champaign Mkt. Place, LLC*, 350 F.3d 691, 692 (7th Cir. 2003). If the members of the limited liability company are themselves limited liability companies, the Plaintiffs must also plead the citizenship of those members as of the date the Complaint was filed. *Thomas v. Guardsmark, LLC*, 487 F.3d 531, 534 (7th Cir. 2007) ("[A]n LLC's jurisdictional statement must identify the citizenship of each of its members as of the date the complaint or notice of removal was filed, and, if those members have members, the citizenship of those members as well."). The Plaintiffs must identify the citizenship of each member of Tube Fabrication & Color, LLC as of the date the Complaint was filed.

Accordingly, the Court ORDERS the Plaintiffs to FILE, on or before **July 2, 2019**, a supplemental jurisdictional statement identifying, as of September 13, 2018, the date the Complaint was filed, the citizenship of each of the members of Tube Fabrication & Color, LLC and, if any of the members themselves have members, the citizenship of those members, and so on until the citizenship of all owners and members of members have been identified.

SO ORDERED on June 18, 2019.

s/ Theresa L. Springmann
CHIEF JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT